AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.

Jonathanpeter Allen Klein

*Defendant*

)  Case: 1:21-cr-00237
)  Assigned To : Moss, Randolph D.
)  Assign. Date : 3/19/2021
)  Description: INDICTMENT (B)
)
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jonathanpeter Klein,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371 (Conspiracy)
18 U.S.C. §§ 231(a)(3), 2 (Civil Disorder)
18 U.S.C. §§ 1512(c)(2), 2 (Obstruction of an Official Proceeding)
18 U.S.C. §§ 1361, 2 (Destruction of Property)
18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building or Grounds)
18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds)

Date: 03/19/2021

2021.03.19 14:54:56 -04'00'

*Issuing officer's signature*

Robin M. Meriweather
United States Magistrate Judge

*Printed name and title*

City and state: Washington, D.C.

### Return

This warrant was received on *(date)* 3/22/2021, and the person was arrested on *(date)* 3/23/2021
at *(city and state)* Heppner, Oregon.

Date: 3/23/2021

*Arresting officer's signature*

Special Agent Rex Shark
*Printed name and title*