**Michelle Sweet, OSB #060015**
**Assistant Federal Public Defender**
**101 S.W. Main Street, Suite 1700**
**Portland, Oregon  97204**
**(503) 326-2123 Telephone**
**(503) 326-5524 Facsimile**
**Michelle_Sweet@fd.org**

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.: 1:21-cr-00237-RDM-1** |
| **Plaintiff,** | **NOTICE OF APPEARANCE OF COUNSEL** |
| **v.** | |
| **JONATHANPETER ALLEN KLEIN,** | |
| **Defendant.** | |

Assistant Federal Public Defender Michelle Sweet, from the District of Oregon, hereby enters her appearance as attorney of record for defendant Jonathanpeter Klein in the above-referenced matter.

Respectfully submitted this 31st day of March 2021.

*/s/ Michelle Sweet*
Michelle Sweet
Attorney for Defendant

**Page 1   NOTICE OF APPEARANCE OF COUNSEL**