Michelle Sweet, OSB No. 060015
Assistant Federal Public Defender
101 S.W. Main, Suite 1700
Portland, OR  97204
Tel:     (503) 326-2123
Fax:    (503) 326-5524
Email: michelle_sweet@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-cr-00237-RDM-1 |
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE |
| vs. | |
| JONATHANPETER ALLEN KLEIN, | |
| Defendant. | |

The defendant, Jonathanpeter Klein, through counsel, Michelle Sweet, Assistant Federal Public Defender, moves the Court to enter an Order continuing the status conference in the above-captioned case until May 13, 2021.  A status conference is currently scheduled for May 7, 2021.  The government, through Assistant U.S. Attorney Christopher K. Veatch, does not oppose the motion.

Mr. Klein is charged by Indictment with: conspiracy to defraud the United States; obstruction of an official proceeding and aiding and abetting; obstruction of law enforcement during civil disorder and aiding and abetting; destruction of government property and aiding and abetting; entering and remaining in a restricted building or grounds, and; disorderly conduct in a restricted building or grounds.  CR 1.  He has remained in custody since his arrest and first appearance approximately five weeks ago, on March 23, 2021.

The defense anticipates that it will file a motion for release shortly, and recognizes the need to provide the Court with an adequate time to review and the government time to respond if necessary, prior to a status hearing.

RESPECTFULLY SUBMITTED this 5th day of May, 2021.

/s/ Michelle Sweet
Michelle Sweet
Attorney for Defendant