UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JONATHANPETER ALLEN KLEIN,<br><br>*Defendant.* | Criminal Action No. 21-237-1 (RDM) |

### DECLARATION OF MARILEE FLANAGAN

Under 28 U.S.C. § 1746, I, Marilee Flanagan, state the following:

1. I am the third-party custodian for Mr. Jonathanpeter Allen Klein. By order of the Court, Mr. Klein is confined to my home in Umatilla County, Oregon.

2. From the period of 5/20, 2021 to 5/26, 2021, I attest that Jonathanpeter Allen Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Jonathanpeter Allen Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: May 26, 2021

_____
Marilee Flanagan

2