**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,

v.

JONATHANPETER ALLEN KLEIN,

*Defendant.*

Criminal Action No. 21-237-1 (RDM)

**DECLARATION OF MARILEE FLANAGAN**

Under 28 U.S.C. § 1746, I, ~~Marilee Flanagan~~ Emily Klein, state the following:

1. I am the third-party custodian for Mr. Jonathanpeter Allen Klein.  By order of the Court, Mr. Klein is confined to my home in Umatilla County, Oregon.

2. From the period of _7/30_, 2021 to _8/1_, 2021, I attest that Jonathanpeter Allen Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Jonathanpeter Allen Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: _8_ / _2_ , 2021

_Emy Klein_
~~Marilee Flanagan~~ Emily Klein

2