UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

JONATHANPETER ALLEN KLEIN,

Defendant.

Criminal Action No. 21-237-1 (RDM)

### DECLARATION OF MARILEE FLANAGAN

Under 28 U.S.C. § 1746, I, Marilee Flanagan, state the following:

1. I am the third-party custodian for Mr. Jonathanpeter Allen Klein. By order of the Court, Mr. Klein is confined to my home in Umatilla County, Oregon.

2. From the period of 8/3, 2021 to 8/9, 2021, I attest that Jonathanpeter Allen Klein has fully complied with each and every condition of his pre-trial release.

3. I attest that if I become aware or have reason to believe that Jonathanpeter Allen Klein has violated or will violate any conditions of his release, I will immediately report this information to the Pretrial Services Agency at (202) 442-1000.

I so declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: 8/9, 2021

Marilee Flanagan

2