UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-237-1 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, defendant Jonathanpeter Allen Klein, by and through his attorney Michelle M. Sweet, Esq. provide this Joint Status Report to the Court.

1. On December 21, 2023, upon consideration of the parties' Joint Status Report, Doc. 148, the Court directed the parties to file a further joint status report on or before February 22, 2024. The Court also tolled the defendant's Speedy Trial rights in the interest of justice from December 22, 2023 to February 22, 2024. *See* 12/21/23 Minute Order.

2. Since filing the last Joint Status Report, the government has continued to provide global discovery to the defendants in the Capitol Riot related cases.

3. It is the government's position that, at present, the case specific materials discoverable at this time have been tendered and/or made available to the defendant. The government will continue to produce such items as they become available.

4. The parties have met and conferred by phone on several occasions to discuss a potential resolution of this case short of trial. In addition, the government has extended a written plea proposal to the defendant that would resolve this case. The parties need additional time, however, to continue these ongoing plea discussions.

5. In addition, given the volume of discovery that has been and is expected to be produced, the defendant needs additional time to meaningfully review such discovery and determine how best to proceed in this matter, including making decisions regarding the filing of pretrial motions in the event that the ongoing plea negotiations are unsuccessful.

6. The parties request that the Court set this matter for an additional Joint Status Report to be filed on or before April 22, 2024.

7. The parties agree that time should be excluded under the Speedy Trial Act from February 22, 2024 through April 22, 2024, in the interests of justice for the reasons previously provided by the Court.

8. The defendant is not in pretrial custody and this request for additional time is not made for the purposes of causing unnecessary delay.

9. The undersigned Assistant U.S. Attorney has received permission from counsel for the defendant to file this Joint Status Report.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By: /s/ Katherine E. Boyles
    Katherine Boyles
    Assistant United States Attorney
    United States Attorney's Office
    601 D Street NW
    Washington, D.C. 20001
    D. Conn. Fed. Bar No. PHV20325
    Katherine.Boyles@usdoj.gov
    Phone: 203-931-5088