UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-CR-237-1 (RDM) |
| : | |
| JONATHANPETER ALLEN KLEIN, : | |
| : | |
| Defendant. : | |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney the United States Attorney for the District of Columbia, and defendant Jonathanpeter Allen Klein, by and through his attorney Michelle Sweet, Esq. provide this Joint Status Report to the Court.

1. The parties have reached a plea agreement in this case and are prepared to set a change of plea hearing.

2. The parties respectfully request that this Court set this matter for an in-person change of plea hearing, in consultation with the parties. Specifically, defense counsel and the defendant need time to coordinate travel from Oregon, and respectfully request the change of plea hearing to be set for one of the following days:

   a. Monday June 10 or Tuesday June 11
   b. Monday June 24 or Tuesday June 25
   c. Wednesday July 17, Thursday July 18, or Friday July 19
   d. Monday July 29 or Tuesday July 30

3. The parties request and agree that time should be excluded under the Speedy Trial Act from the date of this filing to the change of plea hearing. The parties submit that given the posture of this case, the interests of the defendant and the public in a speedy trial are outweighed by the defendant's interest in resolving this case short of trial.

2

    4.  The defendant is not in pretrial custody and this request for additional time is not made for the purposes of causing unnecessary delay.

    5.  The undersigned Assistant U.S. Attorney has received permission from counsel for the defendant to file this Joint Status Report.

            Respectfully submitted,

            MATTHEW M. GRAVES
            United States Attorney
            DC Bar No. 481052

      By:  /s/ Katherine E. Boyles
            Katherine Boyles
            Assistant United States Attorney
            United States Attorney's Office
            601 D Street NW
            Washington, D.C. 20001
            D. Conn. Fed. Bar No. PHV20325
            Katherine.Boyles@usdoj.gov
            Phone: 203-931-5088