**Michelle Sweet, OSB No. 060015**
**Assistant Federal Public Defender**
**101 S.W. Main, Suite 1700**
**Portland, OR  97204**
**Tel:    (503) 326-2123**
**Fax:    (503) 326-5524**
**Email: michelle_sweet@fd.org**

**Attorney for Defendant**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 1:21-cr-00237-RDM-1** |
| **Plaintiff,** | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |
| **vs.** | |
| **JONATHANPETER ALLEN KLEIN,** | |
| **Defendant.** | |

<u>**CONSENT MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**</u>

Johnathanpeter Klein, through counsel, respectfully moves this Court to modify his conditions of pretrial release to allow him to travel freely between the states of Oregon, Idaho, and Washington. In support of his motion, Mr. Klein states as follows:

1.      Mr. Klein is currently on pretrial release awaiting his change of plea hearing for charges related to the events of January 6, 2021. That hearing is currently set for July 17, 2024, at 10:30 a.m. before this Honorable Court.

**PAGE 1.    UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

2.      After an initial period of detention, Mr. Klein was granted pretrial release subject to certain conditions. ECF 40.

3.      Mr. Klein was originally confined to home detention and his travel was restricted to Umatilla County, Oregon, was required to reside with a third-party custodian, was subject to a curfew, and was subject to other restrictions. Mr. Klein's conditions were modified such that he is no longer limited to Umatilla County, does not have to reside with a third-party custodian, is no longer subject to curfew, is no longer subject to location monitoring, and is no longer required to submit to substance abuse testing.

4.      Mr. Klein is currently compliant with his pretrial conditions.

5.      Mr. Klein has opened and is operating a contracting business with his family. Mr. Klein frequently needs to travel from Oregon and into Washington State and the state of Idaho. Mr. Klein's business and business-related suppliers require travel from Oregon to the states of Idaho and Washington. At present, his travel is restricted to the state of Oregon.

6.      As a result of this issue, undersigned counsel conferred with Mr. Klein's supervising pretrial services officers to determine whether there was any objection to allowing Mr. Klein to travel freely between the states of Oregon, Idaho, and Washington. Mr. Klein's pretrial officer does not object to this travel.

7.      The undersigned has conferred with the government, represented by Assistant U.S. Attorney Katherine Boyles. The government does not object to the requested modification set forth herein.

**PAGE 2.      UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**

WHEREFORE, for all the forgoing reasons, Mr. Klein respectfully requests that this Court allow him to travel freely between the states of Oregon, Idaho, and Washington for work-related purposes.

Respectfully submitted this 4th day of June 2024.

/s/ Michelle Sweet_____
Michelle Sweet
Attorney for Defendant

**PAGE 3.     UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE**