UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 21-cr-237 (1) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | 18 U.S.C. § 231(a)(3) |
| **JONATHANPETER ALLEN KLEIN,** | : | (Civil Disorder) |
| | : | 18 U.S.C. § 111(a)(1) |
| Defendant. | : | (Assaulting, Resisting, or Impeding |
| | : | Certain Officers) |

## INFORMATION

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **JONATHANPETER ALLEN KLEIN** committed and attempted to commit an act to obstruct, impede, and interfere with law enforcement officers, that is, officers from the United States Capitol Police, lawfully engaged in the lawful performance of his/her official duties incident to and during the commission of a civil disorder which in any way and degree obstructed, delayed, and adversely affected commerce and the movement of any article and commodity in commerce and the conduct and performance of any federally protected function.

**(Civil Disorder**, in violation of Title 18, United States Code, Section 231(a)(3))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **JONATHANPETER ALLEN KLEIN** did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer N.S., an officer from the Metropolitan Police Department while such

person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

    (**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

                                                            Respectfully submitted,

                                                            MATTHEW M. GRAVES
                                                           United States Attorney
                                                           D.C. Bar No. 481052

                         By:     /s/ Katherine E. Boyles
                                  Katherine Boyles
                                  Assistant United States Attorney
                                  D. Conn. Fed. Bar No. PHV20325
                                  United States Attorney's Office
                                  601 D Street NW
                                  Washington, D.C. 20001
                                  Katherine.Boyles@usdoj.gov
                                  Phone: 203-931-5088