**Michelle Sweet, OSB No. 060015**
**Assistant Federal Public Defender**
**101 S.W. Main, Suite 1700**
**Portland, OR 97204**
**Tel:    (503) 326-2123**
**Fax:    (503) 326-5524**
**Email:** michelle_sweet@fd.org

**Attorney for Defendant**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 1:21-cr-00237-RDM-1** |
| **Plaintiff,** | **JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING** |
| **vs.** | |
| **JONATHANPETER ALLEN KLEIN,** | |
| **Defendant.** | |

The parties agree to move for a continuance of the sentencing hearing in this case but request different timeframes. The defendant, Jonathanpeter Allen Klein, through counsel, respectfully requests a set over of his sentencing date for at least 90 days on the ground that further information is likely to be available by that time. The government, through AUSA Katherine Boyles, agrees to a set over, but only for two weeks.

Mr. Klein pleaded guilty at the first setting on July 17, 2024. Sentencing is currently set for November 15, 2024. No other set overs have been requested. Counsel for Mr. Klein is

**PAGE 1.    JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING**

scheduled to travel several days ahead of that sentencing.  Sentencing materials are due for the government on November 7, 2024, and for the defense on November 11, 2024.

This week, defense counsel received word that the AUSA assigned to this case has unexpectedly needed to go out on personal leave.[1]  Defense counsel and the AUSA were expecting to continue negotiations regarding sentencing materials required for the hearing scheduled next week, which will not be able to happen this week.

The government does not oppose a two-week extension for the sentencing materials deadlines, nor a two-week extension of the sentencing hearing.  The parties agree on the importance of the assigned AUSA being present at any sentencing hearing in this case.

The defense requests an extension for at least 90 days.  The government opposes this request.  However, defense counsel has scheduled commitments and obligations at the end of November and into the new year.  Travel will need to be rearranged for defense counsel and Mr. Klein.

Further, counsel for Mr. Klein submits that new information – either factual or regarding recommendations – may result from the changes at the Department of Justice (DOJ) that are likely in a few short weeks.  The DOJ, under different leadership, may have different views on information that is exculpatory or mitigating in this case.  In addition, the DOJ may consider different proposed alternatives in this case, including potential pretrial diversion.  USDOJ Manual 9-22.000.

---

[1] Defense counsel learned on November 5, 2024, via out of office email that the assigned AUSA was out of the office but learned of the personal leave on November 6, 2024.

**PAGE 2.    JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING**

To go forward as currently scheduled is not practicable given the work that remains to be accomplished between defense counsel and the AUSA.  The time between the unopposed set over time and February 2025 is relatively short.  To go forward before February 2025 would expend unnecessary resources and limit the full information the Court should have before imposing sentence. *See* 18 U.S.C. § 3661 (No limitation shall be placed on the information concerning the background, character, and conduct of a person convicted of an offense which a court of the United States may receive and consider for the purpose of imposing an appropriate sentence.).

Mr. Klein has been on pretrial release since May 2021.  As the Court remarked at his change of plea on July 17, 2024, Mr. Klein has performed well on pretrial release.  There is no harm to anyone involved to delay his sentencing until sometime into February 2025.  Mr. Klein did not seek a set over of his change of plea date, nor has he sought a set over of his sentencing date prior to this request.

Respectfully submitted this 7th day of November, 2024.

*/s/ Michelle Sweet*
Michelle Sweet
Attorney for Defendant

**PAGE 3.    JOINT MOTION FOR CONTINUANCE OF SENTENCING HEARING**